AO 442

FILED
11/09/97

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2021 MAY 25  AM 11:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
SEALED
BY: ___ TBB

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Efrain Arrellano (2) | Case Number: 20cr0529-H |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

**21MJ02578**

YOU ARE HEREBY COMMANDED to arrest ___Efrain Arrellano (2)___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 – Conspiracy to Distribute Controlled Substances
21:853, 18:982 – Criminal Forfeiture

2020 FEB 13 PM 4:32

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ V. Cota  /VCt/ | 2/13/2020 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___NO BAIL___ by ___The Honorable Jill L. Burkhardt___
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |